UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-60011-ALTMAN/Hunt

**NOEL A. BROWN**,

    *Plaintiff*,

*v*.

**LEARJET, INC.**,

    *Defendant*.

_____/

## FINAL JUDGMENT

On December 24, 2025, we issued our Order on Summary Judgment [ECF No. 100]. Pursuant to Federal Rule of Civil Procedure 58, we hereby **ORDER AND ADJUDGE** as follows:

1. Judgment is entered in favor of the Defendant. The Plaintiff shall take nothing by this action.

2. This case shall remain **CLOSED**. All deadlines are **TERMINATED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on December 26, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record