UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-cv-60011-ALTMAN/HUNT

NOEL BROWN,

    Plaintiff,

v.

LEARJET INC.,
    a Foreign for Profit Corporation,

    Defendant.
_____/

**NOTICE is hereby given** that Plaintiff NOEL BROWN, by and through counsel, and pursuant to 28 U.S.C. §1291, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Order on Motion for Summary Judgment entered on December 24, 2025, Final Judgment Order entered on December 27, 2025, and all related Orders.

Date: January 22, 2026.

    Respectfully submitted,

    **Colin Richards Law P.A.**
    Address: 900 Osceola Drive, Suite 201
    West Palm Beach, FL 33409
    Telephone: 561-425-4000
    Fax: 561-828-0372
    Email: ColinRichardsLaw@gmail.com
    By: /s/   Colin Richards
    COLIN RICHARDS ESQUIRE
    Florida Bar No.: 0109234